## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JON-PIERRE RATTIE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 1:23-cv-00007** |
| **LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY, and** | § | |
| **BALFOUR BEATTY, LLC EMPLOYEE** | § | |
| **GROUP BENEFITS PLAN,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND
### DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Balfour Beatty, LLC Employee Group Benefits Plan (the "Plan" or "Defendant") in the above-captioned cause and files this its Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint (herein "Motion"). The Plan respectfully requests the Court extend the date by which it must answer or otherwise respond to Plaintiff's Complaint by 29 days, from April 6, 2023 to on or before May 5, 2023, as authorized by Federal Rule of Civil Procedure 6(b).

### I.     PROCEDURAL BACKGROUND

1.     Plaintiff, Jon-Pierre Rattie, (herein "Plaintiff") filed his Complaint on January 3, 2023. In the Complaint, Plaintiff named both the Plan and Lincoln National Life Insurance Company ("Lincoln") as Defendants. Also, on January 3, 2023, Plaintiff requested summons be issued to Lincoln, and summons was issued on January 5, 2023. Plaintiff did not request that summons be issued to the Plan at that time. Lincoln was served on January 24, 2023 and filed its

answer on February 13, 2023.  Plaintiff thereafter requested summons to be issued to the Plan on March 14, 2023.  Summons was issued to the Plan that same day.

2.      The Plan was served with the Summons and the Complaint on March 16, 2023.  As such, its deadline to answer or otherwise respond to the Complaint is currently April 6, 2023.

3.      To allow the Plan sufficient time to prepare its response to the Complaint, the Plan seeks to extend its deadline to answer or otherwise respond to the Complaint to May 5, 2023. Plaintiff and Lincoln do not oppose the requested extension.

## II.      ARGUMENT

4.      A court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); *Doss v. Helpenstell*, 699 F. App'x 337, 339 (5th Cir. 2017) ("A district court's decision to grant a request for an extension of time is reviewed only for an abuse of discretion.").

5.      As noted above, the Plan seeks to extend the deadline for it to answer or otherwise respond to the Complaint by 29 days.

6.      Good cause exists for the requested extension, and it is not being sought for purposes of delay.

## III.      PRAYER

WHEREFORE, Defendant Balfour Beatty, LLC Employee Group Benefits Plan respectfully requests that the Court enter an order extending the deadline for it to answer or otherwise respond to the Complaint to May 5, 2023.

Respectfully submitted,

By: */s/ James N. Henry, Jr.*
**EDWARD P. PERRIN, JR.**
Texas Bar No. 15796700
eperrin@hallettperrin.com
**JAMES N. HENRY, JR.**
Texas Bar No. 00793936
jhenry@hallettperrin.com
**JENNIFER R. POE**
Texas Bar No. 00794470
jpoe@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, TX  75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

**ATTORNEYS FOR BALFOUR BEATTY, LLC EMPLOYEE GROUP BENEFITS PLAN**

## CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that he has conferred with counsel for Plaintiff and counsel for Lincoln, and both confirmed that they are unopposed to the relief sought herein.

*/s/ James N. Henry, Jr.*
James N. Henry, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record on March 28, 2023 via the Court's CM/ECF system pursuant to the local rules of this Court.

*/s/ James N. Henry, Jr.*
James N. Henry, Jr.

4893-9128-2777, v. 1

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**                    **PAGE 3**