## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JON-PIERRE RATTIE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 1:23-cv-00007** |
| **LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY, and** | § | |
| **BALFOUR BEATTY, LLC EMPLOYEE** | § | |
| **GROUP BENEFITS PLAN,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

After considering Defendant Balfour Beatty, LLC Employee Group Benefits Plan's Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint (herein "Motion"), and the agreement of the parties thereto, the Court finds that the Motion has merit, and good cause exists to extend the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond to Plaintiff's Complaint. Therefore, the Court GRANTS the Motion and extends the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond until on or before May 5, 2023.

IT IS THEREFORE, ORDERED that the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond to Plaintiff's Complaint is extended until and including May 5, 2023

Signed on _____, 2023

_____
PRESIDING JUDGE

ORDER – Page Solo