IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JON-PIERRE RATTIE,                              §
                                                §
          Plaintiff,                            §
                                                §
v.                                              §          1:23-CV-7-RP
                                                §
LINCOLN NATIONAL LIFE INSURANCE                 §
COMPANY and BALFOUR BEATTY, LLC                 §
EMPLOYEE GROUP BENEFITS PLAN,                   §
                                                §
                                                §
          Defendants.                           §

## ORDER

Defendant Lincoln National Life Insurance Company filed an answer on February 13, 2023. (Dkt. 4). aContrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 2, 2023**.

**SIGNED** on April 18, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE