IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

JON-PIERRE RATTIE,                    §
                                      §
    Plaintiff,                        §
                                      §
v.                                    §
                                      §    Civil Action No. 1:23-cv-00007
LINCOLN NATIONAL LIFE                 §
INSURANCE COMPANY, and                §
BALFOUR BEATTY, LLC EMPLOYEE          §
GROUP BENEFITS PLAN,                  §
                                      §
    Defendants.                       §
                                      §

**DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Balfour Beatty, LLC Employee Group Benefits Plan (the "Plan" or "Defendant") in the above-captioned cause and files this its Second Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint (herein "Motion"). The Plan respectfully requests the Court extend the date by which it must answer or otherwise respond to Plaintiff's Complaint by at least an additional 14 days, from May 5, 2023 to on or before May 19, 2023 or should this Court stay this case (as Plaintiff has stated that he will be requesting) prior to May 19, 2023, then 14 days after the end of such stay, as authorized by Federal Rule of Civil Procedure 6(b).

**I.      PROCEDURAL BACKGROUND**

1.      Plaintiff, Jon-Pierre Rattie, (herein "Plaintiff") filed his Complaint on January 3, 2023. In the Complaint, Plaintiff named both the Plan and Lincoln National Life Insurance Company ("Lincoln") as Defendants. Also, on January 3, 2023, Plaintiff requested summons be issued to Lincoln, and summons was issued on January 5, 2023. Plaintiff did not request that

summons be issued to the Plan at that time. Lincoln was served on January 24, 2023 and filed its answer on February 13, 2023. Plaintiff thereafter requested summons to be issued to the Plan on March 14, 2023. Summons was issued to the Plan that same day.

2. The Plan was served with the Summons and the Complaint on March 16, 2023. As such, its deadline to answer or otherwise respond to the Complaint was initially April 6, 2023.

3. On March 28, 2023, Defendant filed Defendant's Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint [ECF No. 9] which was granted on March 29, 2023 pursuant to Text Order setting May 5, 2023 as the deadline for Defendant to answer or respond to the Complaint. However, since that time, Plaintiff has indicated that he intends to either 1) amend the Complaint and dismiss the Plan or 2) file a motion to stay the case during which time he has indicated that he would, among other things, seek to appeal a currently pled long term disability claim for which the Plan has no liability and a currently un-pled short term disability claim and depending on the outcome, either dismiss the Plan or seek to amended his Complaint to add a claim for short term benefits.

4. In light of Plaintiff's stated intentions of possibly dismissing the Plan, it may be unnecessary for the Plan to incur the costs of preparing and filing an answer or response to Plaintiff's Complaint, or potentially multiple answers or motions to dismiss should he amend after the Plan responds. To allow Plaintiff an opportunity to either dismiss the Plan or allow the Court to address his motion to stay before necessitating the Plan to incur potentially unnecessary costs, the Plan seeks to extend its deadline to answer or otherwise respond to the Complaint to the later of May 19, 2023, or should this Court stay this case prior to May 19, 2023, then 14 days after the end of such stay. Plaintiff and Lincoln do not oppose the requested extension.

## II.    ARGUMENT

5.    A court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); *Doss v. Helpenstell*, 699 F. App'x 337, 339 (5th Cir. 2017) ("A district court's decision to grant a request for an extension of time is reviewed only for an abuse of discretion.").

6.    As noted above, the Plan seeks to extend the deadline for it to answer or otherwise respond to the Complaint by an additional 14 days (or 14 days beyond a stay if ordered by the Court before May 19, 2023).

7.    Good cause exists for the requested extension, and it is not being sought for purposes of delay.

## III.    PRAYER

WHEREFORE, Defendant Balfour Beatty, LLC Employee Group Benefits Plan respectfully requests that the Court enter an order extending the deadline for it to answer or otherwise respond to the Complaint to May 19, 2023, or should this Court stay this case prior to May 19, 2023, then 14 days after the end of such stay.

Respectfully submitted,


By: */s/ James N. Henry, Jr.*
**EDWARD P. PERRIN, JR.**
Texas Bar No. 15796700
eperrin@hallettperrin.com
**JAMES N. HENRY, JR.**
Texas Bar No. 00793936
jhenry@hallettperrin.com
**JENNIFER R. POE**
Texas Bar No. 00794470
jpoe@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

**ATTORNEYS FOR BALFOUR BEATTY,
LLC EMPLOYEE GROUP BENEFITS
PLAN**


## CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that he has conferred with counsel for Plaintiff and counsel for Lincoln, and both confirmed that they are unopposed to the relief sought herein.

*/s/ James N. Henry, Jr.*
James N. Henry, Jr.


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record on May 2, 2023 via the Court's CM/ECF system pursuant to the local rules of this Court.

*/s/ James N. Henry, Jr.*
James N. Henry, Jr.

4893-9128-2777, v. 2