**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JON-PIERRE RATTIE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 1:23-cv-00007** |
| **LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY, and** | § | |
| **BALFOUR BEATTY, LLC EMPLOYEE** | § | |
| **GROUP BENEFITS PLAN,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO**
**EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

After considering Defendant Balfour Beatty, LLC Employee Group Benefits Plan's Second Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint (herein "Motion"), and the agreement of the parties thereto, the Court finds that the Motion has merit, and good cause exists to extend the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond to Plaintiff's Complaint. Therefore, the Court GRANTS the Motion and extends the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond to Plaintiff's Complaint until and including the later of May 19, 2023 or should this Court stay this case prior to May 19, 2023, then 14 days after the end of such stay.

IT IS THEREFORE, ORDERED that the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond to Plaintiff's Complaint is extended until and including the later of May 19, 2023 or should this Court stay this case prior to May 19, 2023, then 14 days after the end of such stay.

**ORDER – Page 1**

Signed on _____, 2023


_____
PRESIDING JUDGE

4880-2852-8729, v. 2

**ORDER – Page 2**