**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Jon-Pierre Rattie,

     Plaintiff,

vs.                                    Civil Action Number: 1:23-cv-00007

Lincoln National Life
Insurance Company, and
Balfour Beatty, LLC Employee
Group Benefits Plan,

     Defendants.

### PLAINTIFF'S MOTION TO STAY

AND NOW, comes the plaintiff, Jon-Pierre Rattie, by and through his undersigned counsel and files this Motion to Stay the proceedings pending the exhaustion of the administrative process for Plaintiff's claims for short-term and long-term disability benefits.

1. Plaintiff filed his complaint on January 3, 2023 alleging violations of ERISA including failing to provide the claim file and other documents related to the denial of short-term disability benefits and the failure to issue a timely decision concerning long-term disability benefits. (ECF No. 1).

2. After the filing of this lawsuit, Defendant Lincoln, provided the claim file and requested documents on January 31, 2023.

3. On behalf of Mr. Rattie, an administrative appeal for the short-term disability benefits was filed on April 10, 2023 and is pending, but not yet a claim in this lawsuit. Depending on the outcome of the appeal, Plaintiff may seek to amend his complaint to assert a claim for such short term disability benefits.

4. Regarding the long-term disability benefits, Lincoln issued a denial letter dated February 8, 2023.

5. On behalf of Mr. Rattie, Plaintiff intends to file an administrative appeal of the long-term disability benefits in the next thirty (30) days.

6. Plaintiff asserts that under the applicable regulations, Lincoln is required to issue a decision within forty-five (45) days, or extend the timeframe for an additional 45 days upon a showing of special circumstances. 29 C.F.R. 2560.503-1(f)(3).

Therefore, in the interest of judicial economy and to allow Plaintiff to exhaust all administrative procedures, plaintiff requests that this Honorable Court Stay the current proceedings for ninety (90) days and extend Balfour Beatty, LLC Employee Group Benefits Plan's deadline to answer or respond to Plaintiff's Complaint [ECF No. 1] such that its deadline shall be 14 days after the end of the stay.

Defendant, Balfour Beatty, LLC Employee Group Benefits Plan consents this motion.

Defendant, Lincoln National Life Insurance Company has not responded with consent or opposition as of the date of this filing.


Respectfully submitted,


PAUL LAW OFFICES, PLLC

/s/ Gregory G. Paul
GREGORY G. PAUL
PA ID Number:  83334
First and Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA  15222
(412) 259-8375
(888) 822-9421 (facsimile)
gregpaul@paullaw.com

Dated:  May 2, 2023

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the Court's CM/ECF filing system upon known counsel of record this 2nd day of May 2023.

/s/ Gregory G. Paul

GREGORY G. PAUL