**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Jon-Pierre Rattie,

      Plaintiff,

vs.                          Civil Action Number: 1:23-cv-00007

Lincoln National Life
Insurance Company, and
Balfour Beatty, LLC Employee
Group Benefits Plan,

      Defendants.

**[Proposed] ORDER**

      AND NOW, this ____ day of May, 2023, upon consideration of Plaintiff's Motion to Stay, the motion is GRANTED. This case is stayed for ninety (90) days.

                              _____
                              United States District Judge

1