## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS

Jon-Pierre Rattie,

    Plaintiff,

vs.

                           Civil Action Number: 1:23-cv-00007

Lincoln National Life
Insurance Company, and
Balfour Beatty, LLC Employee
Group Benefits Plan,

    Defendants.

### ORDER

AND NOW, this __3__ day of May, 2023, upon consideration of Plaintiff's Motion to Stay, the motion is GRANTED. This case is stayed for ninety (90) days. *Plaintiff shall fix a Status update on or before Aug. 1, 2023.*

_____
United States District Judge