# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JON-PIERRE RATTIE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Case No. 1:23-cv-00007** |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, and | ) | |
| BALFOUR BEATTY, LLC EMPLOYEE | ) | |
| GROUP BENEFITS PLAN, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

Pursuant to the Court's Order (Document 14) entered on May 3, 2023, Plaintiff Jon-Pierre Rattie ("Plaintiff"), Defendant The Lincoln National Life Insurance Company ("Lincoln"), and Defendant Balfour Beatty, LLC Employee Group Benefits Plan ("the Plan") (Lincoln and the Plan collectively referred to as "Defendants") file this Joint Status Report and Motion to Extend Stay and show the Court as follows:

1. On May 2, 2023, Plaintiff filed a Motion to Stay the proceedings in this case pending the exhaustion of the administrative process for Plaintiff's claims for short-term and long-term disability benefits.

2. The Court entered an Order on May 2, 2023, granting the Motion to Stay.

3. Plaintiff has submitted administrative appeals of his claims for benefits that are at issue in this case.  A letter was sent to Plaintiff's counsel on July 28, 2023, advising of the outcome of the appeal reviews.

4. It is expected that this matter will be concluded and dismissed within the next few weeks, and the Parties request additional time to facilitate these final activities.

Therefore, in the interest of judicial economy, the Parties request that this Honorable Court enter an Order extending the Stay of the current proceedings for an additional thirty (30) days and that Defendant Balfour Beatty, LLC Employee Group Benefits Plan's deadline to answer or otherwise respond to Plaintiff's Complaint be extended until and including 14 days after the end of the case's stay should the case not be dismissed.

Dated:  July 31, 2023.

Respectfully submitted,

**PAUL LAW OFFICES**
1808 Wedemeyer Street, Suite 216
San Francisco, CA 94129
Tel:  (844) 374-7200
Fax:  (888) 822-9421

By:   */s/ Gregory G. Paul*
      **GREGORY G. PAUL**
      Texas Bar No.: 24054974
      Email:  gregpaul@paullaw.com

**ATTORNEY FOR PLAINTIFF**

- And –

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

**By:**   */s/ Iwana Rademaekers*
      **IWANA RADEMAEKERS**
      Texas Bar No. 16452560
      Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT THE LINCLN NATIONAL LIFE INSURANCE COMPANY**

- And –


**HALLETT & PERRIN, P.C.**
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142


By:  */s/ James N. Henry, Jr.*
        **EDWARD P. PERRIN, JR.**
        Texas Bar No. 15796700
        eperrin@hallettperrin.com
        **JAMES N. HENRY, JR.**
        Texas Bar No. 00793936
        jhenry@hallettperrin.com
        **JENNIFER R. POE**
        Texas Bar No. 00794470
        jpoe@hallettperrin.com


**ATTORNEYS FOR DEFENDANT
BALFOUR BEATTY, LLC EMPLOYEE
GROUP BENEFITS PLAN**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Gregory G. Paul, Esq.
Email:  gregpaul@paullaw.com

James N. Henry, Jr.
Email:  jhenry@hallettperrin.com


 July 31, 2023                     /s/ Iwana Rademaekers
Date                              Iwana Rademaekers