**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JON-PIERRE RATTIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 1:23-cv-00007** |
| **LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY, and** | ) | |
| **BALFOUR BEATTY, LLC EMPLOYEE** | ) | |
| **GROUP BENEFITS PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On this day, came on to be considered the Joint Status Report and Motion to Extend Stay.

Upon reviewing the Motion, the Court finds that it has merit and should be granted.  It is therefore

ORDERED that this case is stayed for an additional thirty (30) days.  The Parties shall file a

status update on or before August 31, 2023.  It is further

ORDERED that the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits

Plan to answer or otherwise respond to Plaintiff's Complaint is extended until and including 14 days

after the end of the case's Stay.

**SIGNED** this _____ day of _____, 2023.


_____
UNITED STATES DISTRICT JUDGE