**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| JON-PIERRE RATTIE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )    **Case No. 1:23-cv-00007** |
| LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, and | ) |
| BALFOUR BEATTY, LLC EMPLOYEE | ) |
| GROUP BENEFITS PLAN, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On this day came on to be considered the Joint Status Report and Motion to Extend Stay.

(Dkt. # 16.)  Upon reviewing the Motion, the Court finds that it has merit and should be granted.

It is therefore ORDERED that this case is stayed for an additional thirty (30) days.  The

Parties shall file a status update on or before August 31, 2023.  It is further ORDERED that the deadline

for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond to

Plaintiff's Complaint is extended until and including 14 days after the end of the case's Stay.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, August 1, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE