**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JON-PIERRE RATTIE,        ) | |
|           ) | |
| **Plaintiff,**        ) | |
|           ) | |
| vs.        ) | |
|           ) | **Case No. 1:23-cv-00007** |
| LINCOLN NATIONAL LIFE        ) | |
| INSURANCE COMPANY, and        ) | |
| BALFOUR BEATTY, LLC EMPLOYEE        ) | |
| GROUP BENEFITS PLAN,        ) | |
|           ) | |
| **Defendants.**        ) | |

## JOINT MOTION TO EXTEND STAY

Consistent with the Parties Joint Status Report (Document 22), Plaintiff Jon-Pierre Rattie ("Plaintiff"), Defendant The Lincoln National Life Insurance Company ("Lincoln"), and Defendant Balfour Beatty, LLC Employee Group Benefits Plan ("the Plan") (Lincoln and the Plan collectively referred to as "Defendants") file this Joint Motion to Extend Stay and show the Court as follows:

1. On May 2, 2023, Plaintiff filed a Motion to Stay the proceedings in this case pending the exhaustion of the administrative process for Plaintiff's claims for short-term and long-term disability benefits.

2. The Court entered an Order on May 2, 2023, granting the Motion to Stay.

3. Plaintiff has submitted administrative appeals of his claims for benefits that are at issue in this case. Lincoln has completed its review of those appeals, but the appropriate calculation of short-term disability benefits had continued to be in dispute.

4. Counsel for Plaintiff and Counsel for the Plan believe that they have reached agreement in principle as to the short-term disability calculation subject to

reaching agreement on formal settlement documents. Counsel for Plaintiff and Counsel for the Plan believe that they will be able to reach agreement on the settlement documents by the end of next week and request the Court continue the stay for an additional thirty-two (32) days or until October 30, 2023 in order to allow an opportunity for the parties to reach final agreement on settlement documents and if so, then file appropriate dismissal documents, and if not, then for the Parties to submit a status report on or before October 30, 2023.

Therefore, in the interest of judicial economy, the Parties request that this Honorable Court enter an Order extending the stay of the current proceedings for an additional thirty-two (32) days and that Defendant Balfour Beatty, LLC Employee Group Benefits Plan's deadline to answer or otherwise respond to Plaintiff's Complaint be extended until and including 14 days after the end of the case's stay should the case not be dismissed.

Dated: September 29, 2023.

Respectfully submitted,

**PAUL LAW OFFICES**
1808 Wedemeyer Street, Suite 216
San Francisco, CA 94129
Tel: (844) 374-7200
Fax: (888) 822-9421

By:   /s/ Gregory G. Paul
   **GREGORY G. PAUL**
   Texas Bar No.: 24054974
   Email: gregpaul@paullaw.com

**ATTORNEY FOR PLAINTIFF**

- And –

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252

Main:  (214) 579-9319
Fax:  (469) 444-6456


**By:**  */s/ Iwana Rademaekers*
     **IWANA RADEMAEKERS**
     Texas Bar No. 16452560
     Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT THE LINCLN NATIONAL LIFE INSURANCE COMPANY**


- And –


**HALLETT & PERRIN, P.C.**
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

By:  */s/ James N. Henry, Jr.*
     **EDWARD P. PERRIN, JR.**
     Texas Bar No. 15796700
     eperrin@hallettperrin.com
     **JAMES N. HENRY, JR.**
     Texas Bar No. 00793936
     jhenry@hallettperrin.com
     **JENNIFER R. POE**
     Texas Bar No. 00794470
     jpoe@hallettperrin.com

**ATTORNEYS FOR DEFENDANT BALFOUR BEATTY, LLC EMPLOYEE GROUP BENEFITS PLAN**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Iwana Rademaekers
iwana@rademaekerslaw.com

Gregory G. Paul
Email:  gregpaul@paullaw.com

  September 29, 2023        /s/    James N. Henry, Jr.
Date                      James N. Henry, Jr.

4861-6356-4163, v. 1