# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **JON-PIERRE RATTIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 1:23-cv-00007-DAE** |
| **LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY and** | ) | |
| **BALFOUR BEATTY, LLC EMPLOYEE** | ) | |
| **GROUP BENEFITS PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On this day came to be considered the Joint Motion to Extend Stay. (Dkt. # 23.) Upon reviewing the Motion, the Court finds that it has merit and should be granted.

It is therefore ORDERED that this case is stayed for an additional twenty five (25) days. The Parties shall file a status update on or before October 30, 2023.  It is further ORDERED that the deadline for Defendant Balfour Beatty, LLC Employee Group Benefits Plan to answer or otherwise respond to Plaintiff's Complaint is extended until and including 14 days after the end of the case's stay.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, October 5, 2023.

_____
David Alan Ezra
Senior United States District Judge