# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| JON-PIERRE RATTIE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINCOLN NATIONAL LIFE )<br>INSURANCE COMPANY, and )<br>BALFOUR BEATTY, LLC EMPLOYEE )<br>GROUP BENEFITS PLAN, )<br>)<br>Defendants. ) | Case No. 1:23-cv-00007 |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Document 24) entered on October 5, 2023, Plaintiff Jon-Pierre Rattie ("Plaintiff"), Defendant The Lincoln National Life Insurance Company ("Lincoln"), and Defendant Balfour Beatty, LLC Employee Group Benefits Plan ("the Plan") (Lincoln and the Plan collectively referred to as "Defendants") file this Joint Status Report as follows:

Counsel for Plaintiff and Counsel for the Plan completed all necessary paperwork for settlement of the Plaintiff's claims against the Plan and is concurrently filing a stipulation for dismissal pursuant to F.R.C.P. 41 (a)(1)(ii).

Dated:  October 30, 2023.

                                                    Respectfully submitted,

                                                  PAUL LAW OFFICES
                                                  1808 Wedemeyer Street, Suite 216
                                                  San Francisco, CA 94129
                                                  Tel:  (844) 374-7200
                                                  Fax:  (888) 822-9421

                                          By:   */s/ Gregory G. Paul*
                                                  **GREGORY G. PAUL**
                                                  Texas Bar No.: 24054974
                                                  Email:  gregpaul@paullaw.com

**ATTORNEY FOR PLAINTIFF**

- And –

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

By:  */s/ Iwana Rademaekers*
    **IWANA RADEMAEKERS**
    Texas Bar No. 16452560
    Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT THE LINCLN NATIONAL LIFE INSURANCE COMPANY**

- And –

**HALLETT & PERRIN, P.C.**
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

By:  */s/ James N. Henry, Jr.*
    **EDWARD P. PERRIN, JR.**
    Texas Bar No. 15796700
    eperrin@hallettperrin.com
    **JAMES N. HENRY, JR.**
    Texas Bar No. 00793936
    jhenry@hallettperrin.com
    **JENNIFER R. POE**
    Texas Bar No. 00794470
    jpoe@hallettperrin.com

**ATTORNEYS FOR DEFENDANT BALFOUR BEATTY, LLC EMPLOYEE GROUP BENEFITS PLAN**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

      Iwana Rademaekers
      iwana@rademaekerslaw.com

      James N. Henry, Jr.
      Email:  jhenry@hallettperrin.com

| October 30, 2023 | /s/   Gregory Paul |
|---|---|
| Date | Gregory G. Paul |