IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON-PIERRE RATTIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LINCOLN NATIONAL LIFE ) <br> INSURANCE COMPANY, and ) <br> BALFOUR BEATTY, LLC EMPLOYEE ) <br> GROUP BENEFITS PLAN, ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-00007 |

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)**

AND now come the Parties, Plaintiff Jon-Pierre Rattie ("Plaintiff"), Defendant The Lincoln National Life Insurance Company ("Lincoln"), and Defendant Balfour Beatty, LLC Employee Group Benefits Plan ("the Plan") (Lincoln and the Plan collectively referred to as "Defendants") to file this Stipulation for Dismissal as follows:

Plaintiff, Lincoln, and the Plan agree to dismissal with prejudice of all claims asserted by Plaintiff against the Plan or Lincoln in this lawsuit.

Nothing in this dismissal shall be with prejudice to any future long-term disability benefits.

Dated: October 30, 2023.

                                                Respectfully submitted,

                                                **PAUL LAW OFFICES**
                                                1808 Wedemeyer Street, Suite 216
                                                San Francisco, CA 94129
                                                Tel: (844) 374-7200
                                                Fax: (888) 822-9421

                                              By: */s/ Gregory G. Paul*
                                                     **GREGORY G. PAUL**
                                                     Texas Bar No.: 24054974

Email: gregpaul@paullaw.com

**ATTORNEY FOR PLAINTIFF**

- And –

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

By:  */s/ Iwana Rademaekers*
  **IWANA RADEMAEKERS**
  Texas Bar No. 16452560
  Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT THE LINCLN NATIONAL LIFE INSURANCE COMPANY**

- And –

**HALLETT & PERRIN, P.C.**
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

By:  */s/ James N. Henry, Jr.*
  **EDWARD P. PERRIN, JR.**
  Texas Bar No. 15796700
  eperrin@hallettperrin.com
  **JAMES N. HENRY, JR.**
  Texas Bar No. 00793936
  jhenry@hallettperrin.com
  **JENNIFER R. POE**
  Texas Bar No. 00794470
  jpoe@hallettperrin.com

**ATTORNEYS FOR DEFENDANT
BALFOUR BEATTY, LLC EMPLOYEE
GROUP BENEFITS PLAN**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

>Iwana Rademaekers
>iwana@rademaekerslaw.com
>
>James N. Henry, Jr.
>Email:  jhenry@hallettperrin.com

| | |
|---|---|
| _October 30, 2023_ | _/s/    Gregory Paul_ |
| Date | Gregory G. Paul |