IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON-PIERRE RATTIE,<br>*Plaintiff*, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:23-cv-00007 |
| vs. | | |
| LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY, AND<br>BALFOUR BEATTY, LLC<br>EMPLOYEE GROUP BENEFITS<br>PLAN<br>*Defendants* | | |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal filed by Plaintiff Jon-Pierre Rattie ("Plaintiff"), Defendant The Lincoln National Life Insurance Company ("Lincoln"), and Defendant Balfour Beatty, LLC Employee Group Benefits Plan ("the Plan") (Lincoln and the Plan collectively referred to as "Defendants") filed on October 30, 2023. (Dkt. # 26.) The Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought by Plaintiff against Defendant in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, and that, as between Plaintiff and Defendant, each will bear their own costs, expenses, and legal fees in this case. Nothing in this dismissal shall be with prejudice to any future long-term disability

1

benefits.

    The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

   **DATED:** Austin, Texas, November 13, 2023.

_____
David Alan Ezra
Senior United States District Judge